UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICO J. QUIROGA, III,<br><br>Plaintiff,<br><br>v.<br><br>DONNY YOUNGBLOOD and KERN COUNTY SHERIFF'S ENTITY,<br><br>Defendants. | No. 1:17-cv-00859-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S REQUEST TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. No. 2, 12) |

Plaintiff Monico J. Quiroga, III, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 17, 2017, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's motion to proceed *in forma pauperis* be denied. (Doc. No. 12.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were due within twenty-one days. (*Id.*) On July 27, 2017, plaintiff filed timely objections. (Doc. No. 13.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's

1

objections, the court finds the findings and recommendations to be supported by the record and by proper analysis.  As the magistrate judge correctly concluded, plaintiff has on at least three prior occasions,[1] brought an action that was dismissed on grounds that he failed to state a claim upon which relief may be granted.  *See* 28 U.S.C. § 1915(g).  Plaintiff's objections to the findings and recommendations are general in nature and fail to address the dismissals of his prior actions.  Nor do plaintiff's objections demonstrate the existence of circumstances amounting to an imminent danger of serious physical injury at the time he filed this action.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1053 (9th Cir. 2007).

Accordingly:

1. The July 17, 2017 findings and recommendations (Doc. No. 12) are adopted in full;
2. Within twenty-one days from the date of service of this order, plaintiff shall pay in full the $400.00 filing fee for this action; and
3. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:  **September 28, 2017**

UNITED STATES DISTRICT JUDGE

---

[1] *See Quiroga v. King*, 1:15-cv-01697-AWI-MJS, ECF No. 38 (Feb. 8, 2017) (dismissing action with prejudice for failure to state a cognizable claim); *Quiroga v. Food Service*, 1:15-cv-01203-EPG, ECF No. 24 (E.D. Cal. Aug. 23, 2016) (dismissing action for failure to state a cognizable claim); *Quiroga v. Aguilara*, No. 1:15-cv-01202-LJO-MJS, ECF No. 23  (E.D. Cal. Aug. 18, 2016) (dismissing action with prejudice for failure to state a cognizable claim).

2